IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

FILED
APR 1 2 2002
LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | |
|---|---|
| Donald Shirley, | ) |
| | ) |
| Plaintiff, | )  7-02-1104-23 |
| | ) |
| vs. | )  COMPLAINT |
| | ) |
| Reliance Standard Life | ) |
| Insurance Company, | ) |
| | ) |
| Defendant. | ) |

Plaintiff, complaining of the Defendant herein, would show unto this honorable court as follows:

I.

Plaintiff is a citizen and resident of Spartanburg County, South Carolina.

II.

Defendant is an insurance company organized and existing pursuant to the laws of one of the States of the United States and which does business and owns property in Spartanburg County, South Carolina.

III.

In this matter, Plaintiff seeks a declaration of entitlement to long term disability benefits pursuant to E.R.I.S.A. 29 U.S.C.S. §1132(a)(1)(B). This court has jurisdiction to hear this matter based upon a federal question.

IV.

1

Until approximately 1999, Plaintiff was employed with Floyd's Mortuary. As an employee of Floyd's Mortuary, Plaintiff was provided with long term disability insurance via a plan which Plaintiff understands to be fully insured by Defendant.

V.

Plaintiff ceased work in approximately 1999 because of certain physical problems from which he suffers. Plaintiff filed a claim for long term disability benefits with the Defendant. Defendant paid Plaintiff LTD benefits until approximately 2001, but has denied Plaintiff's claim effective November of 2001.

VI.

Plaintiff has fully exhausted administrative remedies, but the defendant has failed and refused to provide Plaintiff benefits.

**FOR A FIRST CAUSE OF ACTION**

VII.

Plaintiff incorporates all prior allegations, where not inconsistent, as if fully set forth herein.

VIII.

Plaintiff respectfully requests that this court review the administrative records complied in this case and declare, pursuant to 29 U.S.C.S. §1132(a)(1)(B) that Plaintiff is entitled to the long term disability benefits which he seeks under the terms of the plan. Plaintiff additionally requests that the court award him attorney's fees and costs pursuant to 29 U.S.C.S. §1132(g).

**WHEREFORE,** having fully stated his complaint against the Defendant, Plaintiff prays for a declaration of entitlement to the long term disability benefits he seeks pursuant to 29 U.S.C.S. §1132(a)(1)(B), attorney's fees and costs pursuant to 29 U.S.C.S. §1132(g), and such other and further relief as this court deems just and proper.

Robert E. Hoskins
Federal Bar #: 5144
**FOSTER & FOSTER, L.L.P.**
601 East McBee Avenue
Post Office Box 2123
Greenville, South Carolina 29602
(864) 242-6200

Date: 4/12/02